IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 4:15cv98-RH/CAS

EMMETT MAXWELL CAMPBELL, JR.,
a/k/a MAX CAMPBELL, JR.,

    Defendant.

_____/

## ORDER DENYING PENDING MOTIONS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 59. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant's motions to alter or amend, ECF Nos. 54 and 55, the motion to determine the subject-matter jurisdiction, ECF No. 56, and the motion to void the order of the court for lack of subject-matter jurisdiction, ECF No. 57, are

DENIED. The plaintiff must submit a proposed form of foreclosure judgment by July 11, 2016.

SO ORDERED on June 13, 2016.

s/Robert L. Hinkle
United States District Judge